UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Moeller and Nicole
Brisson,

                        Plaintiffs,

v.

American Media, Inc., and
Odyssey Magazine Publishing
Group, Inc.,

                        Defendants.

_____/

Case No. 16-cv-11367
Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER, MOVE, OR OTHERWISE RESPOND**

This Stipulation is entered into by and among Plaintiffs Elizabeth Moeller and Nicole Brisson ("Plaintiffs") and Defendants American Media, Inc. and Odyssey Magazine Publishing Group, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on April 14, 2016, Plaintiffs filed the Class Action Complaint and Demand for Jury Trial (the "Complaint").

WHEREAS, on April 23, 2016, Defendants were served with the Complaint and summons via their registered agent for service of process.

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendants' deadline to answer, move, or otherwise respond to the Complaint is currently May 13, 2016.

WHEREAS, on May 3, 2016, counsel for Defendants contacted counsel for Plaintiff and requested a modest extension to the current schedule to accommodate various other case commitments and to enable Defendants to best present the issues and arguments in its forthcoming responsive pleading.

WHEREAS, Plaintiffs agreed to the requested extension.

WHEREAS, the Parties agree, and respectfully request, that the Court extend Defendants' deadline to answer, move, or otherwise respond by thirty days—from May 13, 2016 to June 13, 2016.

WHEREAS, the instant request is made in good faith and not for undue delay or any improper purpose.

NOW THEREFORE, the Parties stipulate as follows:

Defendants' deadline to answer, move, or otherwise respond in this matter shall be extended by thirty days, from May 13, 2016 to June 13, 2016.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 9, 2016

By: /s/ Jacob Sommer
Jacob Sommer
Nury Siekkinen
ZwillGen PLLC
1900 M. St. NW, Ste. 250
Washington, DC  20036
(202) 706-5203

William S. Cook
Wilson Elser Moskowitz Edelman & Dicker LLP
Laurel Office Park III 17197 N. Laurel Park Drive, Suite 201
Livonia, MI 48152
313.327.3100 (Main)
william.cook@wilsonelser.com

*Counsel for Defendants American Media, Inc., and Odyssey Magazine Publishing Group, Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Elizabeth Moeller and Nicole
Brisson,

                                  Case No. 16-cv-11367

            Plaintiffs,    Hon. Judith E. Levy

                                Mag. Judge Elizabeth A. Stafford

v.

American Media, Inc., and
Odyssey Magazine Publishing
Group, Inc.,

           Defendants.

_____/

## ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND

On review of the above stipulation, the deadline for defendants' responsive pleading to plaintiffs' complaint will be extended to June 13, 2016.

IT IS SO ORDERED.

Dated: May 9, 2016                    s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Courts ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 9, 2016.

                                             s/Felicia M. Moses
                                             FELICIA M. MOSES
                                             Case Manager