AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

| Elizabeth Moeller and Nicole Brisson, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-11367 |
| American Media, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, American Media, Inc and Odyssey Magazine Publishing Group, Inc.   .

Date:   05/11/2016

/s/ Jacob A. Sommer
*Attorney's signature*

Jacob A. Sommer, DC Bar No. 494112
*Printed name and bar number*

ZWILLGEN PLLC
1900 M Street, NW, Suite 250
Washington, DC 20036

*Address*

jake@zwillgen.com
*E-mail address*

(202) 296-3585
*Telephone number*

(202) 706-5298
*FAX number*

Certificate of Service

    The undersigned certifies that on May 11, 2016, this document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ Jacob A. Sommer
                                          Jacob A. Sommer (DC Bar NO 494112)