UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elizabeth Moeller, et al.,

                Plaintiff(s),

v.                                           Case No. 5:16–cv–11367–JEL–EAS
                                                Hon. Judith E. Levy

American Media, Inc., et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. Please report to Room 100. The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #8

- MOTION HEARING: August 29, 2016 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/T McGovern
                                                                  Acting in the absence of Felicia Moses

Dated: June 13, 2016