# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Elizabeth Moeller and Nicole
Brisson,

Case No. 16-cv-11367

        Plaintiffs,

Judith E. Levy

v.

United States District Judge

American Media, Inc. and Odyssey
Magazine Publishing Group, Inc.,

Mag. Judge Elizabeth A. Stafford

        Defendants.

_____/

## JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

This Joint Stipulation is entered into by and amongst Plaintiffs Elizabeth Moeller and Nicole Brisson ("Plaintiffs") and Defendants American Media, Inc. and Odyssey Magazine Publishing Group, Inc. ("Defendants"), by and through their respective counsel.

1.    On April 14, 2016, Plaintiffs filed the instant putative class action lawsuit against Defendants. (Dkt. 1.)

2.    On April 23, 201, Defendants were served with the Complaint and summons via their registered agent for service of

process.

3.     On May 9, 2016, the Court, pursuant to a joint stipulation, extended Defendants' deadline to answer the complaint to June 14, 2016 (Dkt. 6).

4.     On June 13, 2016, Defendants timely filed a Motion to Dismiss in response to the Complaint. (Dkt. 8.)

5.     On July 5, 2016, Plaintiffs timely filed a response to Defendants' Motion to Dismiss (the "Motion"). (Dkt. 12.)

6.     Pursuant to Local Rule 7.1(e), the deadline for Defendants' to file their reply in support of their Motion is July 19, 2016. Additionally, the hearing on Defendants' Motion is set for August 29, 2016. (Dkt. 9.)

7.     Notwithstanding the above, over the course of the litigation, the Parties have discussed the potential for early resolution of this matter, and at this point, have agreed to continue their discussions through private mediation. Because of scheduling conflicts, the Parties anticipate that the mediation will take place in September 2016.

8.     As such, the Parties agree, subject to Court approval, to extend the time for Defendants to file their reply in support of their

Motion by sixty (60) days, until September 16, 2016, to provide the Parties with time to participate in mediation.

9.    This Stipulation is sought in good faith and not brought for purposes of delay.

The Parties hereby stipulate and agree as follows, subject to Court approval:

Defendants' deadline to file their reply in support of their Motion shall be continued to September 16, 2016, and the date for the hearing on Defendants' Motion shall be reschedule for a date after September 16, 2016 that is convenient for the Court.

IT IS SO STIPULATED.

Dated:  July 12, 2016          Respectfully submitted,

**American Media Inc. & Odyssey Magazine Publishing Group, Inc.**

By: /s/ Jacob A. Sommer

Jacob A. Sommer
ZwillGen PLLC
1900 M St. NW, Ste. 250
Washington, DC 20036
(202) 706-5205
jake@zwillgen.com

and

WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER LLP
John T. Eads, III (P43815)
William S. Cook (P68934)
17197 N. Laurel Park Drive, Suite 201
Livonia, Michigan 48152
313.327.3100 p | 313.327.3101 f
william.cook@wilsonelser.com

*Attorneys for Defendants*

Dated:  July 11, 2016      **Elizabeth Moeller and Nicole Brisson,**
individually and on behalf of all others
similarly situated,

By: /s/ Ari J. Scharg

Ari J. Scharg
ascharg@edelson.com
One of Plaintiffs' Attorneys
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Ilinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Moeller and Nicole Brisson, | |
| Plaintiffs, | Case No. 16-cv-11367 |
| v. | Judith E. Levy<br>United States District Judge |
| American Media, Inc. and Odyssey Magazine Publishing Group, Inc., | Mag. Judge Elizabeth A. Stafford |
| Defendants. | |

_____/

## ORDER FOR JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

On review of the above stipulation, Defendants' deadline to file their reply in support of their Motion to Dismiss (Dkt. 8) is continued to September 16, 2016, and the August 29, 2016 hearing date for Defendants' Motion (Dkt. 9) is adjourned and shall be rescheduled by the Court for a date after September 16, 2016.

IT IS SO ORDERED.

Dated: July 18, 2016               s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge