# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Elizabeth Moeller and Nicole
Brisson,

               Plaintiffs,

v.

American Media, Inc. and Odyssey
Magazine Publishing Group, Inc.,

               Defendants.

_____/

Case No. 16-cv-11367

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

The parties, by and through their respective counsel, state as follows in support of their Joint Stipulation to Extend Briefing Schedule:

1. On April 14, 2016, plaintiffs Elizabeth Moeller and Nicole Brisson (Plaintiffs) filed a putative class action lawsuit against defendants American Media, Inc. and Odyssey Magazine Publishing Group, Inc. (Defendants). (Dkt. #1)

2. For their response pleading to Plaintiffs' complaint, Defendants timely filed a Motion to Dismiss on June 13, 2016, which is based on Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt.

#8)

3. On July 5, 2016, Plaintiffs timely filed a response to Defendants' Motion to Dismiss. (Dkt. #12)

4. The Defendants initial deadline to file their reply brief was July 19, 2016.

5. The parties subsequently agreed to attempt an early resolution of this case and decided to mediate the case while Defendants' motion is pending.

6. The parties therefore submitted a stipulation asking the court to extend Defendants' deadline to file their reply brief to September 16, 2016, which this court granted. (Dkt. #16)

7. In that same order, the court adjourned the August 29, 2016 hearing on Defendants' motion and stated that the hearing date would be rescheduled for sometime after September 16, 2016. (Dkt. #16)

8. Since the court entered that order, the parties have finalized the date for their mediation, which is October 6, 2016, and this court has rescheduled the hearing on Defendants' motion for November 10, 2016 at 1:00 p.m.

9. Based on the current schedule, Defendants' reply brief is due

before the mediation takes place, but the parties stipulate and agree that the deadline for Defendants to file their reply brief should be extended to two weeks after the mediation, which would result in a new deadline of October 20, 2016.

10. Under this proposed schedule, Defendants' reply brief would be filed three weeks before the actual hearing and should not cause any delay in this case.

11. For these reasons, the parties request that this court enter the order below extending deadline for Defendants to file their reply brief on their Motion to Dismiss to October 20, 2016.

Dated: August 29, 2016

Respectfully submitted,

American Media Inc. & Odyssey Magazine Publishing Group, Inc.

By: /s/ Jacob A. Sommer
Jacob A. Sommer
ZWILLGEN PLLC
1900 M St. NW, Ste. 250
Washington, DC 20036
(202) 706-5205
jake@zwillgen.com

    and
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
John T. Eads, III (P43815)
William S. Cook (P68934)
17197 N. Laurel Park Drive, Suite 201

                                   Livonia, Michigan 48152
                                   313.327.3100 p | 313.327.3101 f
                                   william.cook@wilsonelser.com

                                   *Attorneys for Defendants*

Dated:  August 29, 2016        Elizabeth Moeller and Nicole Brisson, individually and on behalf of all others similarly situated,

                                   By: /s/ Benjamin S. Thomassen
                                   Benjamin S. Thomassen
                                   bthomassen@edelson.com
                                   One of Plaintiffs' Attorneys
                                   Edelson PC
                                   350 North LaSalle Street, Suite 1300
                                   Chicago, Ilinois 60654
                                   Tel: 312.589.6370
                                   Fax: 312.589.6378

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Moeller and Nicole Brisson, | |
| Plaintiffs, | Case No. 16-cv-11367 |
| v. | Judith E. Levy<br>United States District Judge |
| American Media, Inc. and Odyssey Magazine Publishing Group, Inc., | Mag. Judge Elizabeth A. Stafford |
| Defendants. | |
| _____/ | |

## ORDER EXTENDING BRIEFING SCHEDULE

On review of the above stipulation, Defendants' deadline to file their reply in support of their Motion to Dismiss (Dkt. 12) is continued from September 16, 2016 (Dkt. #16) to October 20, 2016.

IT IS SO ORDERED.

Dated: September 9, 2016        s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge