UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

ELIZABETH MOELLER, *et al.*,    Case No. 16-11367
                                Honorable Judith E. Levy
      Plaintiff,    Mag. Judge Elizabeth Stafford

   v.

AMERICAN MEDIA, INC., *et al.*,

_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON MARCH 16, 2017 at 1:30 P.M.**

for a Case Management Status and Scheduling Conference at 200 E. Liberty Street, Suite 300, Ann Arbor, Michigan 48104.

    Counsel shall review Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan no later than 4 business days before the conference.

    The proposed discovery plan and case summary must be filed with the Court.

                                  s/Felicia M. Moses
                                  Felicia Moses, Case Manager
Dated: February 14, 2017    (734) 887-4701

## Certificate of Service

I hereby certify on this date a copy of the foregoing notice was served upon the parties and/or counsel herein electronic means or first class U. S. mail on February 14, 2017.

                                  s/Felicia M. Moses
                                  FELICIA M. MOSES
                                  Case Manager