UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH MOELLER and
NICOLE BRISSON,

                Plaintiff(s),    Case No. 16-11367
                                       Hon. Judith E. Levy
v.                                           Mag. Judge Elizabeth Stafford

AMERICAN MEDIA,INC., *et al.*,

                Defendant(s).

_____/

## SCHEDULING ORDER

The Court held a scheduling conference in the above captioned matter on March 16, 2017. The following are the dates set and agreed on by the parties to this litigation:

| EVENT | DEADLINE |
|---|---|
| Amendment to the Pleadings: | **April 14, 2017** |
| Disclosure and Report: | **August 18, 2017** |
| Expert Rebuttals: | **September 15, 2017** |
| Non-Expert Witness List Exchange (do not file) | **September 20, 2017** |
| Discovery completed by: | **October 20, 2017** |
| Class Certification: | **November 17, 2017** |

| Opposition: | **December 15, 2017** |
|---|---|

**Expert Discovery**

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

**Discovery Disputes**

As discussed at the scheduling conference, the parties are required to first confer and attempt to narrow any disagreements in regard to discovery. E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court via telephone prior to filing any discovery motions. The Court will then hold a telephonic conference with the parties regarding the subject of the dispute. The Court will only permit discovery motions to be filed after it holds a telephonic conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: March 17, 2017                    s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                         United States District Judge

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2017.

                                              s/Felicia M. Moses
                                              FELICIA M. MOSES
                                              Case Manager