**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ELIZABETH MOELLER and NICOLE BRISSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> AMERICAN MEDIA, INC., a Delaware corporation, and ODYSSEY MAGAZINE PUBLISHING GROUP, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No.: 16-cv-11367-JEL |

## STIPULATION TO STAY ALL PENDING DEADLINES

Plaintiffs Elizabeth Moeller and Nicole Brisson and Defendants American Media Group, Inc. and Odyssey Magazine Publishing Group, Inc. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties have participated in mediation before the Honorable Wayne R. Andersen (Ret.) of JAMS;

WHEREAS, with Judge Andersen's guidance, the Parties have reached an agreement on all materials terms of a class action settlement to resolve this case;

WHEREAS, the Parties wish to stay all pending deadlines to focus their efforts on preparing formal settlement documents;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the

undersigned counsel for the Parties as follows:

1.      All pending deadlines are hereby stayed.

2.      Plaintiffs shall file a Motion For Preliminary Approval Of The Class

Action Settlement by April 20, 2017.


Dated:  March 28, 2017

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*

Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
          jmarchese@bursor.com
          pfraietta@bursor.com

**EDELSON PC**

Eve Lynn Rapp
Benjamin S. Thomassen
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email:  erapp@edelson.com
          bthomassen@edelson.com

**LAW OFFICE OF HENRY M. SCHARG**

Henry M. Scharg
718 Ford Building
Detroit, MI 48226
Telephone: (248) 596-1111
Facsimile:  (248) 496-1578
Email:  hmsattyatlaw@aol.com

*Attorneys for Plaintiffs and the Proposed Class*

**ZWILLGEN PLLC**

By:   */s/ Jacob A. Sommer*

Jacob A. Sommer
1900 M St. NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5205
Email: jake@zwillgen.com

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

John T. Eads, III
William S. Cook
17197 N. Laurel Park Drive, Suite 201
Livonia, Michigan 48152
Telephone:  (313) 327-3100
Facsimile:  (313) 327-3101
Email:  william.cook@wilsonelser.com

*Attorneys for Defendants*