# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ELIZABETH MOELLER and NICOLE BRISSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN MEDIA, INC., a Delaware corporation, and ODYSSEY MAGAZINE PUBLISHING GROUP, INC., a Delaware corporation,

Defendants.

Case No. 16-cv-11367

**DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES**

I, **LANA LUCCHESI**, declare:

1. I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, email the Notice of Proposed Class Action Settlement (the "Email Notice"); mail the Notice of Proposed Class Action Settlement Postcard Notice and Claim Form ("the Postcard Notice"); receive and process Claim Forms, respond to Class Member inquiries; to establish and maintain a settlement website and perform other duties as specified in the Class Action Settlement Agreement (the "Settlement

Agreement") preliminarily approved by this Court on June 8, 2017.

**EXPERIENCE**

3. KCC is a class action administration firm that provides comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements. KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing, and disbursement requirements of settlements to ensure the orderly and fair treatment of class members and all parties of interest.

4. KCC's business is national in scope. Since 1984, KCC—along with Rosenthal & Company, which was acquired by KCC in 2010, and Gilardi & Co. LLC, which was acquired by KCC in 2015—has been retained to administer more than 6,000 class actions. KCC has provided noticing solutions in cases ranging from 22 to more than 22 million class members and has distributed settlement payments totaling well over two billion dollars in the aggregate.

**NOTICE AND ADMINISTRATION SERVICES**

5. **CAFA Notification**. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint and Demand for Jury Trial, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (with Exhibits), [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan, Claim Form, Email Notice, Postcard Notice, Long Form Notice, and Class Action Settlement Agreement, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

6. On April 27, 2017, KCC caused sixty-two (62) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia,

the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

7. As of the date of this declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 6 above.

8. **Emailed Notice and Mailed Notice**. On June 13, 2017, the Defendant provided KCC with a list of 423,237 persons identified as the Class Member List. KCC entered the Class Member List information into its proprietary database and prepared a data file for the initial mailing. Prior to mailing, KCC caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. A total of 38,107 addresses were found and updated

9. KCC identified 88,807 duplicative records. KCC removed these duplicative records from the Class Member List, resulting in 334,430 remaining on the Class Member List.

10. On June 22, 2017, KCC emailed the Email Notice to each of the 8,871 email addresses on the Class Member List. A sample of the Email Notice is attached hereto as Exhibit C.

11. Of the 8,871 Email Notices that were sent, 8,255 were sent successfully and 616 were undeliverable.

12. On June 29, 2017, KCC mailed the Postcard Notice to each of the 325,963 persons where an email address was not available or the Email Notice was not delivered successfully and a postal mailing address was available. A sample of the Postcard Notice is attached hereto as Exhibit D.

13. As of August 16, 2017, KCC has received a total of 3,752 Postcard Notices returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Postcard Notices to be re-mailed to the updated addresses. As of August 16, 2017, KCC has received a total of 33,558 Postcard Notices returned by the U.S. Postal Service without forwarding address information.

14. Notice was successfully delivered to 300,660 persons on the Class Member List, or 89.9% of the Settlement Class.

15. **Interactive Voice Response**. On June 16, 2017, KCC established an Interactive Voice Response (the "IVR") system to provide information about the settlement and to record requests for Notice Packets. As of August 16, 2017, 1,604 calls have been received by the IVR.

16. **Website**. On June 16, 2017, KCC also established a website (www.americanmediamagazinesettlement.com) dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions. Visitors of the website can download a Notice, Claim Form, Preliminary Approval Order, Settlement Agreement, and Plaintiffs' Motion for and Brief in Support of Attorneys' Fees, Expenses, and Incentive Award. Visitors can also submit claims online. The web address was set forth in the E-mail Notice, Postcard Notice, and Claim Form. As of August 16, 2017, the website has received 5,018 visits.

17. **Requests for Exclusion**. The deadline for Class Members to request to be excluded from the class was a postmarked deadline of August 14, 2017. As of the date of this declaration, KCC has received five requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit E.

18. **Objections to the Settlement**. The deadline for Class Members to object to the Settlement was a postmarked deadline of August 14, 2017. As of the date of this declaration, KCC has not received any objections to the settlement.

19. **Claim Forms**. The deadline for Class Members to file a claim is a postmarked deadline of October 21, 2017. As of the date of this declaration, KCC has received 39,280 claim forms. KCC will continue the process of evaluating claim forms received and will continue to do so over the next few months. These numbers are subject to change as KCC continues our review of claims and since the filing deadline has not yet passed. In addition, these 39,280 claims have yet to be validated or screed for duplicates.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 23rd day of August 2017 at San Rafael, California.

Lana Lucchesi

# Exhibit A



3301 Kerner Boulevard
San Rafael, CA 94901
415.798.5900 PHONE
415.892.7354 FAX
kccllc.com

April 27, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State» «Zip»

Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

KCC CLASS ACTION SERVICES, LLC has been retained as the independent third-party administrator in a putative class action lawsuit entitled *Elizabeth Moeller and Nicole Brisson, individually and on behalf of all others similarly situated, v. American Media, Inc., a Delaware corporation, and Odyssey Magazine Publishing Group, Inc., a Delaware corporation*, Case No. 5:16-cv-11367-JEL-EAS. ZwillGen, PLLC represents American Media, Inc. and Odyssey Magazine Publishing Group, Inc. ("Defendants") in that matter. The lawsuit is pending before the Honorable Judith E. Levy in the United States District Court for the Eastern District of Michigan. This letter is to advise you that Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on April 18, 2017.

**Case Name:** *Elizabeth Moeller, et al., v. American Media, Inc., et al.*

**Case Number:** 5:16-cv-11367-JEL-EAS

**Jurisdiction:** United States District Court, Eastern District of Michigan

**Date Settlement Filed with Court:** April 18, 2017

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:






1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the *Class Action Complaint and Demand for Jury Trial* is included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of April 27, 2017, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiffs filed *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* (with Exhibits) requesting that a hearing take place before the Honorable Judith E. Levy. Copies of *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* (with Exhibits) and *[Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Email Notice, Postcard Notice,* and *Long Form Notice* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of April 27, 2017, no other settlement or agreement has been entered into by the parties to this Action, either directly or by and through their respective counsels.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment**: No Final Judgment has been reached as of April 27, 2017, nor have any Notices of Dismissal been granted at this time.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendants are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 415,000 individuals in the class.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of April 27, 2017, there has been no written judicial opinion related to the settlement.





If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact KCC immediately at (415) 798-5969 so that Defendants have opportunity to address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Daniel Burke
Executive Vice President

Enclosure – CD

# Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrisopher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Balabanian | Rafey | Edelson PC | 123 Townsend Street | | San Francisco | CA | 94107 |
| Rapp | Eve-Lynn | Edelson PC | 350 North LaSalle Street | Suite 1300 | Chicago | IL | 60654 |
| Fraietta | Philip L. | Bursor & Fisher, P.A. | 888 Seventh Avenue | | New York | NY | 10019 |
| Scharg | Henry M. | Law Office of Henry M. Scharg | 718 Ford Building | | Detroit | MI | 48226 |
| Sommer | Jacob | ZwillGen PLLC | 1900 M Street NW | Suite 250 | Washington | DC | 20036 |

# Exhibit C

Claim ID: «ClaimID»

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

*Moeller et al. v. American Media Inc. et al.*, Case No. 2:16-cv-11367-JEL-EAS

**(United States District Court for the Eastern District of Michigan)**

# Our Records Indicate You Have Subscribed to an American Media Inc. and / or Odyssey Magazine Publishing Group Inc. Magazine and are Entitled to a Payment From a Class Action Settlement.

This notice is to inform you that a settlement has been reached in a class action lawsuit claiming that Defendants, magazine publishers American Media Inc. and Odyssey Magazine Publishing Group Inc. ("AMI"), disclosed its customers' subscription information to third parties in violation of Michigan privacy law. The Defendants deny they violated any law, but have agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members are approximately 415,000 persons with Michigan street addresses who between April 14, 2010 and July 31, 2016 obtained a subscription to an AMI Publication, including Country Weekly, Men's Fitness, Muscle & Fitness, Fit Pregnancy, Flex, Muscle & Fitness Hers, Natural Health, National Examiner, Shape, Star, OK!, Radar, Soap Opera Digest, National Enquirer, and Globe.

**What Can I Get?** If approved by the Court, Defendants will establish a Settlement Fund of $7,600,000 paid over two years to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, estimated at $100 per class member. The Settlement also requires Defendants to not disclose their Michigan customers' subscription information to third-party companies without the prior express written consent of the affected subscribers for a four-year period.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form postmarked or submitted on-line **no later than October 21, 2017**. You can file a claim by clicking here. Your payment will come by check in two installments.

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the Settlement Administrator postmarked no later than **August 14, 2017**. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendants over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed Settlement. Your written objection must be filed no later than **August 14, 2017**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.americanmediamagazinesettlement.com . If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure of subscriber information in this case against the Defendants will be released.

**Who Represents Me?** The Court has appointed lawyers Jay Edelson of Edelson PC and Scott A. Bursor of Bursor & Fisher, P.A to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at 10:00 a.m. on September 6, 2017 at the Federal Building, Room 100, 200 East Liberty Street, Ann Arbor,

Michigan. At that hearing, the Court will: hear any objections concerning the fairness of the Settlement; determine the fairness of the Settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award each of the two Class Representatives $5,000 from the Settlement Fund for their services in helping to bring and settle this case. Defendants have agreed to pay Class Counsel reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel is entitled to seek no more than 35% of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement go to www.americanmediamagazinesettlement.com, contact the Settlement Administrator at 1-844-363-2454 or Magazine Subscriber Privacy Settlement Administrator, P.O. Box 43494, Providence, RI 02940-9827, or call Class Counsel at 1-866-354-3015.

# Exhibit D

**COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**

Magazine Subscriber Privacy Settlement Administrator
P.O. Box 43494
Providence, RI 02940-9827

OUR RECORDS INDICATE YOU HAVE SUBSCRIBED TO AN AMERICAN MEDIA INC. AND/OR ODYSSEY MAGAZINE PUBLISHING GROUP INC. MAGAZINE AND ARE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT.

«Barcode»

Postal Service: Please do not mark barcode

Claim#: ADA-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

**ADA**

*Carefully separate at perforation.*

ADACRD1

Claim ID: «ClaimID»

**MAGAZINE SUBSCRIBER PRIVACY SETTLEMENT CLAIM FORM**

THIS CLAIM FORM MUST BE POSTMARKED BY OCTOBER 21, 2017 AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

Instructions: Fill out each section of this form and sign where indicated.

Full Name: ______________________________

Street Address: ______________________________

City, State, ZIP: ______________________________

Email Address (optional): ______________________________

Contact Phone #: ______________________________ (You may be contacted if further information is required.)

Class Member Verification: By submitting this Claim Form and filling in the circles below, I declare that I believe I am a member of the Settlement Class and that the following statements are true (each circle must be filled in to receive a payment):

◯ I had a Michigan street address and obtained a subscription to an American Media Inc. Publication between April 14, 2010 and July 31, 2016. American Media Inc. Publications include: Country Weekly, Men's Fitness, Muscle & Fitness, Fit Pregnancy, Flex, Muscle & Fitness Hers, Natural Health, National Examiner, Shape, Star, OK!, Radar, Soap Opera Digest, National Enquirer, and Globe.

◯ Under penalty of perjury, all information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature: ______________________________ Date (mm/dd/yyyy): ______________________________

Print Name: ______________________________

The Settlement Administrator will review your Claim Form; if accepted you will be mailed a check for a *pro rata* share depending on the number of valid Claim Forms received. This process takes time, please be patient.

**Questions, visit www.americanmediamagazinesettlement.com or call 1-844-363-2454**







A settlement has been reached in a class action lawsuit claiming that Defendants, magazine publishers American Media Inc. and Odyssey Magazine Publishing Group Inc. ("AMI"), disclosed their customers' subscription information to third parties in violation of Michigan privacy law. The Defendants deny they violated any law, but has agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members are approximately 415,000 persons with Michigan street addresses who between April 14, 2010 and July 31, 2016 obtained a subscription to an AMI Magazine including Country Weekly, Men's Fitness, Muscle & Fitness, Fit Pregnancy, Flex, Muscle & Fitness Hers, Natural Health, National Examiner, Shape, Star, OK!, Radar, Soap Opera Digest, National Enquirer, and Globe.

**What Can I Get?** If approved by the Court, Defendants will establish a Settlement Fund of $7,600,000 paid over two years to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, estimated at $100 per Class Member. The Settlement also requires Defendants to not disclose their Michigan customers' subscription information to third-party companies without the prior express written consent of the affected subscribers for a four-year period.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form postmarked or submitted on-line **no later than October 21, 2017**. A Claim Form is attached to this Notice or you can file on-line at www.americanmediamagazinesettlement.com. Your payment will come after Defendants make the final installment payment.

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the Settlement Administrator postmarked no later than **August 14, 2017**. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendants over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed Settlement. Your written objection must be filed no later than **August 14, 2017**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.americanmediamagazinesettlement.com. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure of subscriber information in this case against the Defendants will be released.

**Who Represents Me?** The Court has appointed lawyers Jay Edelson of Edelson PC and Scott A. Bursor of Bursor & Fisher, P.A to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at 10:00 a.m. on September 6, 2017, at the Federal Building, Room 100, 200 East Liberty Street, Ann Arbor, Michigan. At that hearing, the Court will: hear any objections concerning the fairness of the Settlement; determine the fairness of the Settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award each of the two Class Representatives $5,000 from the Settlement Fund for their services in helping to bring and settle this case. Defendants have agreed to pay Class Counsel reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel is entitled to seek no more than 35% of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement, go to www.americanmediamagazinesettlement.com, contact the Settlement Administrator at 1-844-363-2454 or Magazine Subscriber Privacy Settlement Administrator, P.O. Box 43494, Providence, RI 02940-9827, or call Class Counsel at 1-866-354-3015.

ADA



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 1810 PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

MAGAZINE SUBSCRIBER PRIVACY SETTLEMENT ADMINISTRATOR
P.O. BOX 43494
PROVIDENCE RI 02940-9827

# Exhibit E

**KCC Class Action Services**
**Moeller v. American Media, Inc.**
**Exclusion Report**

**Count**
**5**

| ClaimID | Last Name | First Name |
|---|---|---|
| 10031453301 | BRACHULIS | KATHERINE |
| 10117256401 | HAGERMAN | KATHY |
| 10185327001 | MANNING | REX |
| 10232968001 | PIPHER | JEANNE |
| 10300173601 | TRECHA | R J |