UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elizabeth Moeller, et al.,

                Plaintiff(s),

v.                                         Case No. 5:16–cv–11367–JEL–EAS
                                                 Hon. Judith E. Levy

American Media, Inc., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

        Motion – #40

- MOTION HEARING: September 27, 2017 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/S Burns
                                                  Case Manager

Dated: August 24, 2017