UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Moeller, *et al.*,

              Plaintiffs,      Case No. 16-cv-11367

v.                                    Judith E. Levy
                                    United States District Judge

American Media, Inc., *et al.*,

                                    Mag. Judge Elizabeth A. Stafford

             Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART ROBERT BROOKS' MOTION TO INTERVENE [44]

On September 28, 2017, the Court entered an order approving of the class action settlement in this case. (Dkt. 42.)  On November 20, 2017, Robert Brooks, who has identified himself as a class plaintiff, filed a motion to intervene and request a certificate of conference regarding this settlement, and a petition for a certificate of conference.  (Dkts. 44, 45.)  The motion is not an attempt to object or exclude himself from the settlement, but is instead an effort to get Brooks' correct contact information to class counsel.  Brooks also seeks a transfer to Ionia

Correctional Facility, where another prisoner named David Flores is housed. (*Id.* at 2.)

Accordingly, the motion (Dkt. 44) is GRANTED insofar as it seeks to inform class counsel of Brooks' updated mailing address. (*See* Dkt. 45 at 3.) It is DENIED in all other respects, as the Court lacks jurisdiction to order the transfer of prisoners held in state custody, and moreover Brooks has provided no reason that he should be transferred.

IT IS SO ORDERED.

Dated: December 13, 2017　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 13, 2017.

　　　　　　　　　　　　　　　　s/Shawna Burns
　　　　　　　　　　　　　　　　SHAWNA BURNS
　　　　　　　　　　　　　　　　Case Manager