# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Elizabeth Moeller, *et al.*,

           Plaintiffs,    Case No. 16-cv-11367

v.                                Judith E. Levy
                                United States District Judge

American Media, Inc., *et al.*,

                                Mag. Judge Elizabeth A. Stafford

           Defendants.

_____/

## ORDER DENYING ROBERT BROOKS' MOTION FOR RECONSIDERATION [47]

Robert Brooks, who states that he is a member of the approved class in this case, moves the Court to reconsider its December 8, 2017 order granting in part and denying in part his motion to intervene and for a certificate of conference. (Dkt. 47.) Under E.D. Mich. Local R. 7.1(h)(1), a party must file a motion for reconsideration "within 14 days after entry of the judgment or order." Brooks filed his motion for reconsideration on January 8, 2017, thirty-one days after the Court filed its order. Accordingly, Brooks' motion must be denied as untimely filed.

IT IS SO ORDERED.

Dated: January 16, 2018  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 16, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager