3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MOELLER et al "Plaintiff"

v.

AMERICAN MEDIA INC et al
"Defendant"/

Class Action Plaintiff
Robert L. Brooks #294879
1576 W. Bluewater Hwy
Ionia, Michigan 48846

DEFENDANT
American Media Inc.

CASE #: 5:16-cv-11367-JEL-EAS
Mag. Elizabeth Stafford
Judge Judith E. Levy

RECEIVED

JUN – 5 2020

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## MOTION CERTIFYING NOTICE OF FAULT/ OPPORTUNITY TO CURE AND DEMAND FOR RELIEF IN CONJUNCTION WITH ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT.

NOW COMES Class action Plaintiff Robert Brooks #294879 respectfully requesting that this Honorable Court grant this Motion to Certify this Notice of Fault/ Opportunity to Cure and Demand for relief in Conjunction with Order granting Final approval of Class Action Settlement and Says:

#1. Court ordered relief in Class action Settlement rendering Defendant American Media Inc et al to pay over to plaintiff a Specific Sum

#2. Court ordered a 2-year installment period to have pro rata check issued to class plaintiff — inwhich defendant has fail to do.

#3. Court order for the 2-year installment period ended Oct 17, 2019 and Class action plaintiff Robert Brooks #294879 has not recieved his partial of Pro rata award.

#4. Class Plaintiff Robert Brooks has filed "Notice of fault = Opportunity to Cure as well as Non Negotiable Self executing Concensual Contracts withintent to activate his Commercial remedy "LIEN" or "Garnish" partial award VIA — Certificate of Non Response / Initial Communication to with Verification of Interest in Property

Class Plaintiff seeks for this honorable Court to Grant this Motion Certifying this Notice of Fault / Opportunity to Cure and Demand for Relief in Conjunction with Order Granting Final Approval of Class Action Settlement on the behalf of Class action plaintiff. Since Defendant Dishonored Instalment Plan on order by Court.

## RELIEF DEMANDED

Wherefore Class plaintiff Robert Brooks #294879 (Claim # ADA-10035043401-7) Privacy Claim by SETTLEMENT - Sent Claim form directly to post master general office to be Post mark by Reciept Mail - "approx" 2-Months prior to Oct 21, 2017. 6.e) deadline / due date.

Under Case No. 2:16-cv-11367-JEL-EAS "Moeller et al V. AM Inc et al" Class plaintiff was awarded a Pro rata award by order of Court. Class Plaintiff Robert Brooks has never recieved his Pro rata award.

Class Plaintiff Robert Brooks has Taken NECESSARY steps to secure Claim rights and interest in Conformity with Law. "Yet" Defendant dishonored order of Court in judgement -

Plaintiff Robert Brooks now seeks / demands that Defendant pays Interest - "approx" double the Original Sum of pro rata award base on their Fraudulent manner in avoidance and not following through with Court order. As a matter of Right and entitlement -

Interest Generated shall Consist of Sum doubling every single day up until the day this order and debt is fulfilled In its entirety. Interest shall start from the end of the 2-year installment period ~~05.05.0000~~ 10.22.19 up until debt is paid in its entirety.

In that the only way Defendant may Opt out is by paying Class Plaintiff by Secured payment and paying or fulfilling this debt -

Any further violation of this order shall subject Defendant to LIEN - GARNISHMENT - FORECLOSURE PROCEEDINGS, through interest in Property.

Respectfully Submitted

Robert Brooks
Robert Brooks

4/28/20

MATTHEW S. JEX
NOTARY PUBLIC, STATE OF M
COUNTY OF IONIA
MY COMMISSION EXPIRES Mar 8
ACTING IN COUNTY OF

M.J 4-29-2020

Prisoner Name: Robert Brooks

Prisoner Number: X 298879

IONIA CORRECTIONAL FACILITY

1576 W. Bluewater Hwy.

Ionia, MI 48846

RECEIVED

JUN 10 2020

CLERK'S OFFICE
U.S. DISTRICT

481O4-212975

GRAND RAPIDS

MI 495

28 MAY 20

PM 2 L

U.S. MARSHALS

ZIP 48846
02 4W
0004414141MAY 28 2020

US POSTAGE ≫ PITNEY BOWES

$ 000.50⁰

To: Clerk of Court
US District Court
Fed Bldg Suite 300
200 East Liberty St
Ann Arbor, MI 48104

5/28/20
RB